ROSINA J. BERNARD, as Executrix of EDGAR G. BERNARD, Deceased, Respondent, *v.* THE COMMERCIAL TRAVELERS' MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.

Reported below, 176 App. Div. 923.
(Argued April 16, 1917; decided April 24, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 29, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a policy of life insurance.

The motion was made upon the grounds that no question of law was involved; that the exceptions were frivolous and that the appeal was taken solely for purpose of delay.

*Thomas F. Powers* for motion.

*Thomas H. Guy* opposed.

Motion denied, with ten dollars costs.